IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM ARMSTRONG, ) | |
| ) | Civil Action No. 11 - 1074 |
| Plaintiff, ) | |
| ) | District Judge Mark R. Hornak |
| v. ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| BRIAN COLEMAN and DARLENE ) | |
| LINDERMAN, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This case is before the Court on the pending Report and Recommendation filed by Chief Magistrate Judge Lenihan on June 17, 2013. (ECF No. 58.) Judge Lenihan recommended that Defendants' Motion for Summary Judgment (ECF No. 41) be granted. The parties were served with the Report and Recommendation and informed that they had until July 5, 2013, to file written objections. No objections were filed. Therefore, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

AND NOW, this 15th day of July, 2013,

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF No. 41) is **GRANTED**.

IT IS FURTHER ORDERED that the Report and Recommendation dated June 17, 2013 (ECF No. 58) is **ADOPTED** as the opinion of this Court.

IT IS FURHTER ORDERED that the Clerk of Court mark this case **CLOSED**.

1

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

_____
Mark R. Hornak
United States District Judge

cc: Kareem Armstrong
FC1437
SCI Smithfield
PO Box 999
1120 Pike Street
Huntingdon, PA  16652
(*Via First Class U.S. Postal Mail*)

Counsel of Record
*(Via ECF Electronic Mail)*